**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, New York 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy Klestadt
Kathleen M. Aiello
*Counsel to YH Lex Estates LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Case No. 22-10294 (BLS) |
| EZL 40 MEADOW LANE LLC, | : | Chapter 7 |
| Debtor. | : | |

# NOTICE OF APPEARANCE
## AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Klestadt Winters Jureller Southard & Stevens, LLP (the "Firm") hereby appears in the above-captioned case as counsel to YH Lex Estates LLC (the "Appearance Party").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Fed. R. Bank. P. 2002 and 9007, demand is made that all notices given or required to be given, and all papers served or required to be served, be given and served upon the following:

> **KLESTADT WINTERS JURELLER**
> **SOUTHARD & STEVENS, LLP**
> 200 West 41st Street, 17th Floor
> New York, New York 10036-7023
> Attention: Tracy L. Klestadt, Kathleen Aiello &
>      Christopher Reilly
> Tel: (212) 972-3000
> Fax: (212) 972-2245
> Email:   tklestadt@klestadt.com
>             kaiello@klestadt.com
>             creilly@klestadt.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but, without limitation, all orders and notices of any application, motion, hearing, petition, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, personal delivery, telephone, facsimile, electronic mail or otherwise, which affect to seek to affect in any way any rights or interests of the Appearance Party.

Dated: New York, New York
       April 8, 2022

                                      **KLESTADT WINTERS JURELLER**
                                        **SOUTHARD & STEVENS, LLP**

By: */s/ Tracy L. Klestadt*
     Tracy L. Klestadt
     Kathleen Aiello
     Christopher Reilly
     200 W. 41st Street, 17th Floor
     New York, New York 10036
     Tel: (212) 972-3000
     Fax: (212) 972-2245
     Email: tklestadt@klestadt.com
             kaiello@klestadt.com
             creilly@klestadt.com

*Counsel to YH Lex Estates LLC*