# **EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EAM 40 MEADOW LANE LLC,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 22-10293 (BLS) |
| In re:<br><br>EZL 40 MEADOW LANE LLC,[2]<br><br>Debtor. | Chapter 7<br><br>Case No. 22-10294 (BLS) |

### ORDER PERMITTING WOMBLE BOND DICKINSON (US) LLP TO WITHDRAW AS COUNSEL TO THE DEBTORS

This matter having come before the Court pursuant to the Motion of Womble Bond Dickinson (US) LLP for Leave to Withdraw as Counsel to the Debtors (the "Motion")[3]; and the Court having considered the Motion; service and notice of the Motion being sufficient under the circumstances; and it appearing that no other or further notice is necessary; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. Womble is permitted to withdraw as counsel to the Debtors.

---

[1] The Debtor in this chapter 7 case, its jurisdiction of organization, and the last four digits of its U.S. taxpayer identification number is EAM 40 Meadow Lane LLC, a Delaware limited liability company (4553).

[2] The Debtor in this chapter 7 case, its jurisdiction of organization, and the last four digits of its U.S. taxpayer identification number is EZL 40 Meadow Lane, LLC, a Delaware limited liability company (6074).

[3] Capitalized terms used herein, but not defined herein, shall have the meanings ascribed to such terms in the Motion.

3. <ins>Within ten (10) business days of this Order being entered and becoming a final and non-appealable Order, Womble shall provide to counsel for the chapter 7 trustee (Cozen O'Connor) a copy of attorney-client communications between Womble and the debtors prior to the commencement of the bankruptcy cases on April 6, 2022.</ins>

<ins>4.</ins> ~~3.~~ This Order shall be immediately effective and enforceable upon its entry.

<ins>5.</ins> ~~4.~~ The Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

| Summary report: Litera Compare for Word 11.6.0.100 Document comparison done on 4/30/2024 11:52:01 AM ||
|---|---|
| **Style name:** WBD Standard ||
| **Intelligent Table Comparison:** Active ||
| **Original DMS:** nd://4882-3551-9669/1/EAM-EZL - AS FILED Order (WBD's Motion to Withdraw as Counsel as to Debtors.docx ||
| **Modified DMS:** nd://4895-7618-3226/1/EAM-EZL - (Revised)  Order (WBD's Motion to Withdraw as Counsel as to Debtors.docx ||
| **Changes:** ||
| Add | 4 |
| Delete | 2 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 6 |